# UNITED STATES DISTRICT COURT
# DISRICT OF MASSACHUSETTS

Civil Action : 18-cv-12383-FDS

Joseph Modeski
**Plaintiff**

v.

Summit Retail Solutions, Inc.
**Defendant**

## Order of Dismissal

Saylor, D.J.

In accordance with the Memorandum and Order [172] dated 7/2/2020 it is hereby ORDERED that the above-entitled action is DISMISSED.

By the Court,

/s/ Taylor Halley
Deputy Clerk

7/2/2020