**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **JOSEPH MODESKI,** *et al.*<br><br>Plaintiffs,<br><br>*Individually and on Behalf of All Similarly Situated Employees*<br><br>v.<br><br>**SUMMIT RETAIL SOLUTIONS, INC.**<br><br>Defendant. | Civil Action No.: 1:18-cv-12383-FDS |

**NOTICE OF APPEAL**

Notice is hereby given that Joseph Modeski, Nathan Damboise, Rudy Ortiz, Jeffrey Wolfert and Giovanni Zammito, the Plaintiffs in the above-captioned matter, hereby appeal to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on July 2, 2020.

Date: July 28, 2020

                                                Respectfully submitted,

                                                /s/*Benjamin L. Davis, III*
                                                Benjamin L. Davis, III, Esq. (29774)
                                                bdavis@nicholllaw.com
                                                The Law Offices of Peter T. Nicholl
                                                36 South Charles Street, Suite 1700
                                                Baltimore, Maryland 21201
                                                Phone No.: (410) 244-7005
                                                Fax No.: (410) 244-8454

                                                *Attorney for Plaintiffs*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all attorneys of record via this Court's electronic case filing system on July 28, 2020.

Barry J. Miller
bmiller@seyfarth.com
Hillary J. Massey
hmassey@seyfarth.com
Michael E. Steinberg
msteinberg@seyfarth.com
Seyfarth Shaw, LLP
World Trade Center East
Two Seaport Lane
Suite 300
Boston, MA 02210
Phone No.: (617) 946-4800
Fax No.: (617) 946-4801

                                        */s/ Benjamin L. Davis, III*
                                        *Attorney for Plaintiffs*