# United States Court of Appeals
## For the First Circuit

No. 20-1747

JOSEPH MODESKI, et al.,

Plaintiffs, Appellants,

v.

SUMMIT RETAIL SOLUTIONS, INC.,

Defendant, Appellee.

**JUDGMENT**

Entered: February 25, 2022

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's grant of summary judgment in favor of Summit Retail Solutions, Inc. is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Benjamin Davis III
Scott E. Nevin
George Edward Swegman
Barry J. Miller
Michael Eric Steinberg
Hillary J. Massey