# United States Court of Appeals
## For the First Circuit

No. 20-1747

JOSEPH MODESKI, individually and on behalf of all similarly situated employees; GIOVANNI ZAMMITO, individually and on behalf of all similarly situated employees; NATHAN DAMBOISE, individually and on behalf of all similarly situated employees; RUDY ORTIZ, individually and on behalf of all similarly situated employees; JEFFREY WOLFERT, individually and on behalf of all similarly situated employees,

Plaintiffs - Appellants,

MALINDA ALEXANDER; CORY ALLEN; MAUREEN ANSTIS; SUAD ASMAR; SITI BAHAMAN; STEPHANIE BREKKA; JASMINE BROWN; MARILYN BUFFINGA; SAMANTHA COURTNEY; DANIEL DAVIS, III; JENEANE DIAZ; WILLIAM FINKELSTEIN; KEVIN GUERREIRI; JENNICE HAMILTON; TIFFANY HOFFMAN; LISA HUNT; DOMINIC JONES; STEVEN KATZ; CHRISTIAN KING; RICHARD MACARUSO; MICHAEL MAKINEN; ALICIA MANNING-HOPE; ROBERT MARTIN; APIFFANY MAYO; IIESHIA MEYERS; RUTH MIRALLA; ARIELLE MONEY; RUSSALINA NOLDEN; RICHARD PACE; LESLIE PITTMAN; AUSTYN PRETTYMAN; CASSANDRA QUINONES; TERESA SCHILLERO; ISAAC SPENCE; LEE STEARNS; DENISE SUTCH; LAUREN TURNBULL; VANCLEAVE; JAIME WEBB; TYLER WELSH; CASSANDRA WHITE; JEREMY WILLIAMS; SCOTT WODZAK,

Plaintiffs,

v.

SUMMIT RETAIL SOLUTIONS, INC.,

Defendant - Appellee.

**MANDATE**

Entered: May 20, 2022

In accordance with the judgment of February 25, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Benjamin Davis III
Eleanor Emmons Frisch
Adam W. Hansen
Hillary J. Massey
Barry J. Miller
Michael Eric Steinberg